# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SARAH LePAGE and BRENDA KNUTSON, on behalf of themselves and other individuals similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE CROSS AND BLUE SHIELD OF MINNESOTA, a Minnesota corporation,<br><br>Defendant. | Court File No. 08-CV-584 (RHK-JSM) |

## **ORDER**

Based on the parties' Stipulation for Dismissal of Claims Alleged by Plaintiff Sarah LePage,

IT IS HEREBY ORDERED that:

The claims alleged by Plaintiff Sarah LePage in the above-captioned action are dismissed with prejudice, and without costs to either party.

Dated this 3rd day of July, 2008.

                                                     BY THE COURT


                                                     s/Richard H. Kyle<br>
                                                     UNITED STATES DISTRICT JUDGE