# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BRENDA KNUTSON, on behalf of herself and other individuals similarly situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>BLUE CROSS AND BLUE SHIELD OF MINNESOTA, a Minnesota corporation,<br><br>                     Defendant. | Civil No. 08-584 (RHK-JSM)<br><br>**ORDER FOR DISMISSAL** |

Based on the parties' Stipulation for Dismissal with Prejudice of Claims Alleged by Opt-in Plaintiff Romana Krejci (Doc. No. 112), **IT IS ORDERED** that the claims alleged by Opt-in Plaintiff Romana Krejci in the above-captioned action are **DISMISSED WITH PREJUDICE**, and without costs to either party.

Dated: March 20, 2009

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge