# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| BRENDA KNUTSON, on behalf of herself and other individuals similarly situated,<br><br>                       Plaintiff,<br><br>vs.<br><br>BLUE CROSS AND BLUE SHIELD OF MINNESOTA, a Minnesota corporation,<br><br>                       Defendant. | Civil No. 08-584 (RHK-JSM)<br><br>**ORDER JOINING PARTIES, APPROVING SETTLEMENT, AND FOR DISMISSAL** |

Upon consideration of the parties' Joint Motion for Joinder, Approval of Settlement, and Dismissal, and having the reviewed the parties' Joint Stipulation for Joinder, Settlement, and Dismissal ("the Joint Stipulation"), and for good cause shown, it is **ORDERED AND ADJUDGED**:

    A.    Pursuant to Fed. R. Civ. P.20(a), and based upon the referenced consents filed with the Court in this action for the purpose of asserting claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, the following parties ("the Opt-in Plaintiffs") are hereby **JOINED** as plaintiffs to this action for the purpose of settlement:

        1.    Lisa Morrissey (Doc. No. 68);

        2.    Jane Larson (Doc. No. 70);

        3.    Trudy Vaughan (Doc. No. 71);

        4.    Maria J. Brevig (Doc. No. 72);

        5.    Kinshasha White (Doc. No. 73);

6. Eugene Thomas Barry (Doc. No. 74);

7. Carrie A. Porkkonen (Doc. No. 75);

8. Vicky Lynn Skaff (Doc. No. 76);

9. Royal Smith (Doc. No. 77);

10. Andrea Dizon (Doc. No. 78);

11. LeAnn Chulla (Doc. No. 79);

12. Cathryn Lynn Elder (Doc. No. 80);

13. Dian Ellison (Doc. No. 81);

14. Jessica Dock (Doc. No. 82);

15. Jennifer N. Showalter (Doc. No. 83);

16. Barbara Bohn (Doc. No. 85);

17. Kristin Crider (Doc. No. 86);

18. Alisa M. Dembouski (Doc. No. 87);

19. Stefanie Klein (Doc. No. 88);

20. Claire Malchow (Doc. No. 89);

21. Nicole S. Peaslee (Doc. No. 90);

22. Elizabeth Randazzo (Doc. No. 91);

23. Roxanne R. Reed (Doc. No. 92);

24. Rebecca A. Skoda (Doc. No. 93);

25. Sandra Zaitz (Doc. No. 94);

26. Holly M. Howie (Doc. No. 96);

27. Karen L. Hull (Doc. No. 97);

      28.    Amy E. Kopp (Doc. No. 98);

      29.    Bonnie Stauffer (Doc. No. 100);

      30.    Lynn Kilanowski (Doc. No. 102);

      31.    Jaime Herhusky (Doc. No. 108).

B.    The Court finds, based upon the terms of the Joint Stipulation, that Plaintiff Knutson and the Opt-in Plaintiffs are not similarly situated, as contemplated under 29 U.S.C. § 216(b), for the purpose of treatment of their claims as part of a collective action;

C.    The Court further finds that the settlement described in the Joint Stipulation: (a) is fair to Plaintiff Knutson and the Opt-in Plaintiffs; (b) reasonably resolves a *bona fide* disagreement between the settling parties with regard to the merits of the claims asserted by all settling plaintiffs; and (c) demonstrates a good faith intention by the parties that the settling plaintiffs' claims be fully and finally resolved, and not re-litigated in whole or in part at any point in the future, and accordingly, the settlement described in the Joint Stipulation is therefore **APPROVED** by the Court;

D.    The claims alleged by Plaintiff Knutson and the Opt-in Plaintiffs are hereby **DISMISSED WITH PREJUDICE;**

E.    All parties shall bear his/her/its own costs and attorney's fees except as otherwise provided in the Joint Stipulation.

Dated this 4th day of May, 2009.

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge