# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| BRENDA KNUTSON, on behalf of herself and other individuals similarly situated, | Court File No. 08-CV-584 (RHK-JSM) |
| Plaintiff, | **ORDER FOR FINAL JUDGMENT OF DISMISSAL** |
| vs. | |
| BLUE CROSS AND BLUE SHIELD OF MINNESOTA, a Minnesota corporation, | |
| Defendant. | |

Pursuant to the Order Joining Parties, Approving Settlement, and for Dismissal entered on May 4, 2009,

**IT IS HEREBY ORDERED** that judgment be entered dismissing with prejudice the claims alleged by Plaintiff Brenda Knutson and Opt-in Plaintiffs Lisa Morrissey, Jane Larson, Trudy Vaughan, Maria J. Brevig, Kinshasha White, Eugene Thomas Barry, Carrie A. Porkkonen, Vicky Lynn Skaff, Royal Smith, Andrea Dizon, LeAnn Chulla, Cathryn Lynn Elder, Dian Ellison, Jessica Dock, Jennifer N. Showalter, Barbara Bohn, Kristin Crider, Alisa M. Dembouski, Stefanie Klein, Claire Malchow, Nicole S. Peaslee, Elizabeth Randazzo, Roxanne R. Reed, Rebecca A. Skoda, Sandra Zaitz, Holly M. Howie, Karen L. Hull, Amy E. Kopp, Bonnie Stauffer, Lynn Kilanowski, and Jaime Herhusky.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 26th day of May, 2009.

                                                     s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge